MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

RYAN D. WHITE
Trial Attorney
National Security Division
Counterterrorism Section

Attorneys for Plaintiff
United States of America

**FILED**
Jun 26, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-0153-DC |
|---|---|
| Plaintiff, | 18 U.S.C. § 2339B(a)(1) – Attempted Provision of Material Support to a Designated Foreign Terrorist Organization; 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| AMMAAD AKHTAR, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE: 18 U.S.C. § 2339B(a)(1) – Attempted Provision of Material Support to a Designated
     Foreign Terrorist Organization

   The Grand Jury charges: T H A T

AMMAAD AKHTAR,

defendant herein, as follows:

   Beginning no later than in or about February 2025, and continuing to in or about June 2025, in the State and Eastern District of California, and elsewhere, AKHTAR, a national of the United States, knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, currency and monetary instruments and financial securities, weapons, other property, personnel (namely, himself), and services, to a foreign terrorist

organization, to wit: the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated terrorist organization, and knowing that ISIS had engaged in and was engaging in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant AMMAAD AKHTAR shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C), (G) and 28 U.S.C.§ 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violation, and all property involved in such violation, including but not limited to the following:

    a. A sum of money equal to the total amount of proceeds traceable to such offense, for which defendant is convicted.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

*Michele Beckwith* (signature)
MICHELE BECKWITH
Acting United States Attorney

INDICTMENT                    2

No. 2:25-cr-0153-DC
_____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA

*vs.*

AMMAAD AKHTAR

---

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2339B(a)(1);
18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c)

---

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

*Filed in open court this* __**26th**__ *day*

*of* ____**June**____, *A.D. 20* **25**___

/s/ Chris Nair
_____
*Clerk.*

---

*Bail, $* _____   No process necessary

_____ *[signature]*
U.S. Magistrate Judge

---

GPO 863 525

2:25-cr-0153-DC

**United States v. Ammaad Akhtar**
**Penalties for Indictment**

**Defendant**
**AMMAAD AKHTAR**

**COUNT 1:**

VIOLATION:      18 U.S.C. § 2339B(a)(1) – attempted provision of material support to a foreign terrorist organization

PENALTIES:      A maximum of up to 20 years' imprisonment;
Fine of up to $250,000; or both fine and imprisonment
Supervised release of any term of years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:      18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES:      As stated in the charging document