AO 442 (Rev. 11/11) (modified) Arrest Warrant

FID 1182583 4

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America
v.

AHMAAD AKHTAR

*Defendant*

Case No. 2:25-cr-0153 DC
~~2:25-mj-0097 AC~~

**FILED**
**May 21, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USMS SACRAMENTO RCVD
JUN 24 2025 AM9:30

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AHMAAD AKHTAR ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**18 U.S.C. § 2339B – Attempting to provide material support to a designated foreign terrorist organization**

Date: June 23, 2025

Allison Claire
*Issuing officer's signature*

City and state: Sacramento, California

Allison Claire, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/23/25 , and the person was arrested on *(date)* 6/24/25
at *(city and state)* SACRAMENTO, CA .

Date: 5/11/26

*Arresting officer's signature*

LUKASZ GORCZYNSKI DUSM ~~, United States Magistrate Judge~~
*Printed name and title*